Matter of Hedman Resources Ltd. v Occidental Chem. Corp.

2026 NY Slip Op 02752

May 1, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

HEDMAN RESOURCES LIMITED, PLAINTIFF-APPELLANT,

v

OCCIDENTAL CHEMICAL CORPORATION, DEFENDANT-RESPONDENT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on May 1, 2026

211 CA 25-00982

Present: Lindley, J.P., Bannister, Greenwood, Nowak, And Hannah, JJ.

CLYDE & CO US LLP, NEW YORK CITY (PETER J. DINUNZIO OF COUNSEL), FOR PLAINTIFF-APPELLANT.

PHILLIPS LYTLE LLP, BUFFALO (JOSHUA GLASGOW OF COUNSEL), FOR DEFENDANT-RESPONDENT.

Appeal from an order of the Supreme Court, Niagara County (Raymond W. Walter, J.), entered April 11, 2025. The order denied the motion of plaintiff seeking leave to renew or reargue with respect to a prior order dismissing the complaint.

[*1]

It is hereby ORDERED that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed and the order is affirmed without costs.

Same memorandum as in Hedman Resources Ltd. v Occidental Chem. Corp. ([appeal No. 1] — AD3d — [May 1, 2026] [4th Dept 2026]).

Entered: May 1, 2026

Ann Dillon Flynn

Clerk of the Court